

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ROBERT RICHARD

versus

FREDS STORES OF
    TENNESSEE, INC.

CIVIL ACTION NO. 1:10-00758

U.S. DISTRICT JUDGE DEE D. DRELL
U.S. MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to remand (Doc. 7)be DENIED.

THUS ORDERED AND SIGNED in Chambers at  ALEXANDRIA, Louisiana, on this 7th day of October, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE